**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 99-51072
Summary Calender

_____


CLARENCE HANEY; ET AL,

Plaintiffs

VICTORIA KNOBLAUCH,

Plaintiff - Appellant

v.

TEXAS REHABILITATION COMMISSION, KAY CHEE, CONNIE A MILLER,
ELIZABETH GREGOWICZ & SYLVIA F HARDMAN,

Defendants - Appellees

_____

Appeal from the United States District Court
for the Western District of Texas
Civil Action No. A-98-CA-771-SS

_____
July 14, 2000

Before DAVIS, EMILIO M. GARZA and DENNIS, Circuit Judges.

PER CURIAM:[*]

Essentially, for the reasons stated in the district court's
well reasoned opinion of October 5, 1999, we affirm its order
granting defendants' joint motion for summary judgment and the
court's judgment of October 5, 1999 dismissing the suit.  This

_____

[*]Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

disposition of the appeal makes it unnecessary to consider Knoblauch's additional challenges to the court's trial related orders.

AFFIRMED.